UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TONY FLORES,<br><br>        Plaintiff,<br>    v.<br><br>JOCELYN LARKINS,<br><br>        Defendant. | CASE NO. 2:24-cv-00359-TL<br><br>ORDER OF DISMISSAL |

This matter is before the Court *sua sponte* (on its own motion). On September 12, 2024, the Court ordered Plaintiff Tony Flores to show cause "why this case should not be dismissed without prejudice for failure to: (1) comply with the filing requirements as detailed in the Clerk of Court's May 19, 2024, Notice of Deficiency (Dkt. No. 2); (2) serve process; or (3) prosecute this action" within 14 days of the Order. Dkt. No. 6 at 3. To date, Plaintiff has not responded to the Court's Order and has not taken any other action on the docket.

Therefore, this case is DISMISSED WITHOUT PREJUDICE for failure to prosecute and failure to comply with a court order. Judgment will issue separately. The Clerk is DIRECTED to close the case.

Dated this 21st day of October 2024.

*/s/ Tana Lin*
Tana Lin
United States District Judge

ORDER OF DISMISSAL - 1